UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :           Chapter 7

Anthony Torcivia                                          :           Bky. No. 17-15415

                                                          :
            Debtor(s)
                                                          :

**ORDER DISMISSING CASE**

AND NOW, it is

ORDERED that since the debtor has failed to timely file the documents required by the order dated August 9, 2017 this case be and the same is hereby **DISMISSED.**

Missing Documents:

Chapter 7 Statement of Your Current Monthly Income Form 122A-1
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

**Date: August 29, 2017**

RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE