United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-15415-ref
Anthony Torcivia                                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1           Date Rcvd: Aug 29, 2017
                              Form ID: pdf900         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2017.
```
db         +Anthony Torcivia,    462 Wyomissing Road,    Mohnton, PA 19540-8406
smg        +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg        +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg        +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13969154   +Bank of America, NA,    100N Tryon St.,    Charlotte NC 28255-0001
13967328   +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13969153   +SLS,   8742 Lucent Blvd,    Suite 300,    Highlands Ranch CO 80129-2386
13972142   +Specialized Loan Servicing, LLC,    c/o Matteo S. Weiner, Esq.,    701 Market Street, Ste 5000,
             Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg        +E-mail/Text: robertsl2@dnb.com Aug 30 2017 03:08:48      Dun & Bradstreet, INC,
             3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 30 2017 03:08:38
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 30 2017 03:08:49      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13967367   +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2017 03:12:16      Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2017 at the address(es) listed below:
```
          MATTEO SAMUEL WEINER    on behalf of Creditor   Specialized Loan Servicing LLC
           bkgroup@kmllawgroup.com
          ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.epiqsystems.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :          Chapter 7

Anthony Torcivia                                    :          Bky. No. 17-15415

                                                    :
        Debtor(s)
                                                    :

### ORDER DISMISSING CASE

AND NOW, it is

ORDERED that since the debtor has failed to timely file the documents required by the order dated August 9, 2017 this case be and the same is hereby **DISMISSED.**

Missing Documents:

Chapter 7 Statement of Your Current Monthly Income Form 122A-1
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

**Date: August 29, 2017**

RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE